STORY *v.* THE CENTRAL RAILROAD AND BANKING COMPANY.

This being the first grant of a new trial, the judgment of the court below is    *Affirmed.*
July 10, 1893.

Action for damages. Before Judge GAMBLE. Macon superior court. November term, 1892.

MILLER & MILLER and EDGAR F. HINTON, for plaintiff.

---

## WHIGHAM *v.* DAVIS *et al.*

The evidence adduced at the hearing not being briefed, and no attempt having been made to brief it, this court declines to scrutinize it minutely, immaterial matter being blended with the material. The plaintiff in error has not made it legally apparent that there was any abuse of discretion in denying the injunction and *mandamus* prayed for, more especially as the double remedy of injunction and *mandamus* is not appropriate for one and the same case. *Dibble* v. *Pease*, 59 *Ga.* 618.    *Judgment affirmed.*
July 17, 1893.

Petition for injunction and *mandamus.* Before Judge HANSELL. Decatur county. March 10, 1893.

A. L. TOWNSEND, O. G. GURLEY and RUSSELL & RUSSELL, by HARRISON & PEEPLES, for plaintiff. DONALSON & HAWES and G. F. WESTMORELAND, for defendants.

---

## FUSSELL *et al. v.* SHORT *et al.*

The interlocutory injunction prayed for having been denied, and there being no brief of the evidence, nor any attempt to brief it, but the whole evidence having been brought up by copy, with no separation of the immaterial from the material, the judgment of the court below is taken as correct, in view of the act of 1889 which prescribes the exclusive method of bringing cases to this court, and requires the evidence to be briefed.
July 17, 1893.    *Judgment affirmed.*